STATE v. ROBERTSON

No. 34P91

Case below: 101 N.C.App. 243

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. RODMAN

No. 126P91

Case below: 101 N.C.App. 576

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. TAYLOR

No. 205P91

Case below: 102 N.C.App. 354

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. WHITE

No. 159P91

Case below: 101 N.C.App. 593

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

STATE v. WILLIAMS

No. 204P91

Case below: 102 N.C.App. 354

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 June 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.